IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRENCE POUNCEY, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 1:11-cv-456-MEF |
| | ) |
| RICKY STOKES, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

On June 17, 2011, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this the 3rd day of October, 2011.

                                                  /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE